IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROBERT L. KIRKLAND, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-759-O-BP |
| § | |
| COMMISSIONER OF § | |
| SOCIAL SECURITY, § | |
| § | |
| Defendant. § | |

### AMENDED ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONOF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant is **ORDERED** to pay Plaintiff Robert L. Kirkland, in care of Howard D. Olinsky, an attorney, Olinsky Law Group, 250 S. Clinton St., Ste. 210, Syracuse, NY 13202, fees under the Equal Access to Justice Act in the agreed upon, reduced total amount of $10,814.14 for 2.2 hours of attorney services in 2022 at a rate of $234.14 per hour and for 41.3 hours in 2023 at a rate of $243.54 per hour and for 5.6 hours of paralegal services in 2022 and 2.5 hours in 2023 at a rate of $100.00 per hour in each year.

**SO ORDERED** this **2nd** day of **October, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE